**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHERI MILAN,

    Plaintiff,

v.

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.

Case No. 2:24-cv-00505-JAD-NJK

**Order**

[Docket Nos. 4, 9]

Pending before the Court is the parties' stipulation to withdraw Defendant's motion to dismiss and for an extension of time for Defendant to file an answer. Docket No. 9.

For good cause shown, the parties' stipulation is **GRANTED**. Docket No. 9. Defendant's motion to dismiss is deemed withdrawn. Docket No. 4. Further, Defendant must file an answer to the complaint no later than April 19, 2024.

IT IS SO ORDERED.

Dated: April 11, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1